JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF ROB MARQUISE ADAMS, by and through its Personal Representatives, TAMIKA KING, and ROBERT ADAMS; TAMIKA KING, individually; ROBERT ADAMS, individually,<br><br>            Plaintiffs,<br><br>v.<br><br>CITY OF SAN BERNARDINO, IMRAN AHMED, and MICHAEL YEUN,<br><br>            Defendants. | CASE NO.: 5:22-cv-02206-JGB-SP<br><br>BEFORE THE HONORABLE JESUS G. BERNAL<br>COURTROOM 1<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO FRCP RULE 41** |

**PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED.**

This matter is dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: April 11, 2024

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE